In the Matter of the Proceedings to Open ELEVENTH STREET
IN THE CITY OF OLEAN, Appellant, Through Lands Claimed
by NANCY A. LAMPER, Respondent.

*Matter of Opening of Eleventh St., Olean*, 64 App. Div. 609, affirmed.
(Submitted January 8, 1902; decided January 28, 1902.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
August 3, 1901, which affirmed an order of the Cattaraugus
County Court confirming an award of commissioners in street
opening proceedings.

*Allen J. Hastings* for appellant.

*Dana L. Jewell* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, CULLEN and WERNER, JJ.

---

HERBERT C. PELL et al., Respondents, *v.* CHARLOTTE LATROBE
PELL et al., Defendants.

In the Matter of the Application to Compel the Completion
of the Purchase of Premises under Sale in Partition, by
JAMES P. ROBERTSON, Appellant.

*Pell* v. *Pell*, 65 App. Div. 388, affirmed.-
(Argued January 8, 1902, decided January 28, 1902.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 6, 1901, which affirmed an order of Special Term
directing the appellant herein to complete his purchase of cer-
tain premises.

*Arthur Knox* for appellant.

*F. K. Pendleton, E. Ellery Anderson, P. Chauncey
Anderson* and *William Temple Emmet* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, CULLEN and WERNER, JJ.